**STATE of Missouri, Respondent,**

v.

**David J. LOWE, Appellant.**

**No. WD 36524.**

Missouri Court of Appeals,
Western District.

Oct. 8, 1985.

---

Dennis J.C. Owens, Donald E. Raymond, Raymond, Raymond & Owens, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., TURNAGE and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal following conviction of Forcible Rape, § 566.030, RSMo 1978, Assault in the First Degree, § 565.050, RSMo 1978, and Armed Criminal Action, § 571.015, RSMo 1978, with sentence of 55 years.

Judgment affirmed. Rule 30.25(b).